```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                 Civil No. 07-1681 PAM/JSM
```

AYMAN ABDELSAMIE, )
)
          Plaintiff, )
) **ORDER OF DISMISSAL**
  v. ) **WITH PREJUDICE**
)
DENISE FRAZIER, et al, )
)
          Defendants. )

Pursuant to the Stipulation to Dismiss with Prejudice, which stipulation is incorporated herein by reference,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is hereby dismissed with prejudice, each party to bear its own attorney's fees, costs, and disbursements.

Date: March 4, 2008

                                            <u>S/Paul A. Magnuson</u>
                                            PAUL A. MAGNUSON
                                            Senior District Judge
                                            U.S. District Court